IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-02975-WYD-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$4,700.00 IN UNITED STATES CURRENCY,

      Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

      THIS MATTER is before the Court on the United States' Unopposed Motion For Final Order Of Forfeiture [ECF No. 22].  Having reviewed the motion, the Court FINDS:

      THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

      THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

      THAT the United States and claimant Cesar Quinones-Orozco have reached a settlement in this case, and have filed a Settlement Agreement [ECF No. 22-1] with the Court resolving all issues in dispute;

      THAT no other claims to defendant property have been filed;

      THAT the United States shall return to claimant Cesar Quinones-Orozco $1,950.000 of defendant $4,700.00 in United States currency;

1

THAT claimant Cesar Quinones-Orozco consents to the forfeiture of $2,750.00 of defendant $4,700.00 in United States currency; and,

THAT it further appears there is a cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that the United States' Unopposed Motion For Final Order Of Forfeiture [ECF No. 22] is **GRANTED**.  It is

FURTHER ORDERED that forfeiture of $2,750.00 of defendant $4,700.00 in United States currency shall enter in favor of the United States.  The United States shall have full and legal title to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement [ECF No. 22-1].  It is

FURTHER ORDERED that the Clerk of Court shall enter judgment.  It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated:  April 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge