IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02975-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$4,700.00 IN UNITED STATES CURRENCY,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture, filed on April 22, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that United States' Unopposed Motion For Final Order Of Forfeiture [ECF Doc. No. 22] is **GRANTED.**  It is further

    ORDERED that forfeiture of $2,750.00 of defendant $4,700.00 in United States currency shall enter in favor of the United States.  The United States shall have full and legal title to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement [ECF No. 22-1]. It is further

    ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado this 11th day of July, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk